**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DANIEL P. ISAACSON V. RV RENTALS NORTHWEST, LLC D/B/A RV RENTALS NORTHWEST AND D/B/A UNITED RV RENTALS | FILED: JUNE 17, 2008<br>08CV3480<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:  PH

PLAINTIFF, DANIEL P. ISAACSON

| NAME (Type or print) |
|---|
| MICHELLE J. ROZOVICS, ROZOVICS LAW FIRM, LLC |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ MICHELLE J. ROZOVICS |
| FIRM |
| ROZOVICS LAW FIRM, LLC |
| STREET ADDRESS |
| 263 KING STREET |
| CITY/STATE/ZIP |
| CRYSTAL LAKE, ILLINOIS 60014 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6237997 | 815/479-9733 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐