## United States District Court for the Northern District of Illinois

Case Number: 08cv3480                     Assigned/Issued By: j. n.

Judge Name: gottschall                    Designated Magistrate Judge: denlow

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00        [ ] $39.00         [ ] $5.00
                [ ] IFP            [ ] No Fee         [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 2864919

Date Payment Rec'd: 6-17-08                Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _6-17-08_ as to _defendant_
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05